STATE BANK OF BINGHAMTON, Appellant, *v.* CHARLES J. MANGAN, Respondent.

(Argued November 25, 1935; decided December 10, 1935.)

*A. Lawrence Abrams* for appellant.

*Frank J. Mangan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ.   Not sitting: CROUCH, J.